UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAMONTE BROWN | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:14-CV-00433 (WWE) |
| V. | ) | |
| CITY OF HARTFORD, JAMES C. ROVELLA, JAY MONTROSE, JAMES KECZKEMETHY, BRIAN FERGUSON and PHIL BORKOWSKI | ) | |
| Defendants | ) | JUNE 4, 2015 |

## OPPOSITION TO MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

The Plaintiff hereby objects to Defendant Officers Ferguson, Borkowski, Montrose, and Keczkemethy's Motion to Dismiss for Failure to State a Claim on the basis that said Motion was filed well past the Court's deadline.

Pursuant to the Court's order on February 17, 2015, the Defendant Officers had 30 days to file a motion to dismiss the Amended Complaint. Therefore, Defendant Officers had until March 17, 2015 to file said motion. Defendant Officers filed said motion on April 17, 2015, that being one full month past the Court's deadline. The Motion to Dismiss should therefore be dismissed for failure to comply with the Court's order.

PLAINTIFF,

Lamonte Brown

1

By: /s/ John Q. Gale
John Q. Gale, #ct05206
Law Offices of John Q. Gale, LLC
363 Main Street, 4th Floor
Hartford, CT 06106
TEL: (860) 522-8296
FAX: (860) 522-8298
jgale@lawlordsofhartford.com

## CERTIFICATION

I hereby certify that on June 4, 2015, the foregoing was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filing and this Certification of Service through the Court's system.

In addition, a copy of the foregoing has been mailed this day to:

*Counsel to Officers Ferguson, Borkowski, Montrose, and Keczkemethy:*
Rebecca M. Harris, Esq.
Crumbie Law Group, LLC
100 Pearl Street, 12th Floor
Hartford, CT 06103
Email: Rharris@crumbielaw.com

*Counsel to City of Hartford and Chief Rovella:*
Nathalie Feola-Guerrieri
City of Hartford
Office of the Corporation Counsel
550 Main Street
Hartford, CT 06103
Email: Feoln001@hartford.gov

/s/ John Q. Gale
John Q. Gale