## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAMONTE BROWN ) | CIVIL ACTION NO. | |
| Plaintiff ) | 3:14-CV-00433 (WWE) | |
| ) | | |
| V. ) | | |
| ) | | |
| CITY OF HARTFORD, JAMES C. ROVELLA, JAY MONTROSE, JAMES KECZKEMETHY, BRIAN FERGUSON and PHIL BORKOWSKI ) | | |
| Defendants ) | August 25, 2015 | |

### MOTION FOR RETURN OF BOND

In accordance with the settlement and administrative closure of this matter, Plaintiff Lamonte Brown, by counsel, respectfully requests the return of Plaintiff's security bond for costs in the amount of five hundred ($500) dollars.

PLAINTIFF,

Lamonte Brown

By: /s/ John Q. Gale
John Q. Gale, #ct05206
Law Offices of John Q. Gale, LLC
363 Main Street, 4th Floor
Hartford, CT 06106
TEL: (860) 522-8296
FAX: (860) 522-8298
jgale@lawlordsofhartford.com

**CERTIFICATION**

I hereby certify that on August 25, 2015, the foregoing was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filing and this Certification of Service through the Court's system.

In addition, a copy of the foregoing has been mailed this day to:

*Counsel to Officers Ferguson, Borkowski, Montrose, and Keczkemethy:*
Rebecca M. Harris, Esq.
Crumbie Law Group, LLC
100 Pearl Street, 12th Floor
Hartford, CT 06103
Email: Rharris@crumbielaw.com

*Counsel to City of Hartford and Chief Rovella:*
Nathalie Feola-Guerrieri
City of Hartford
Office of the Corporation Counsel
550 Main Street
Hartford, CT 06103
Email: Feoln001@hartford.gov

    /s/ John Q. Gale
    John Q. Gale